# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED IN OPEN COURT:

DATE: 5-14-08

TIME: 9 52 am

INITIALS: DMS

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **2:07-cr-20225-JDB-3** |
| **Luis Hoyos,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| | ) | |

---

## ORDER GRANTING DEFENDANT'S MOTION FOR WAIVER OF APPEARANCE

---

Before the Court is Defendant's Motion for Waiver of Appearance from the May 14, 2008 Arraignment date.

Upon consideration of the Motion and the statements contained therein, the Court finds the Motion well-taken and as such, is Granted.

Entered on this, the 14th day of May, 2008.

s/Diane K. Vescovo

~~Hon. J. Daniel Breen~~
United States ~~District~~ Judge
Magistrate